# PETERS HAMLIN LAW, LLC
37 North Ave., Suite 201
Norwalk, Connecticut 06851
www.petershamlinlaw.com
telephone: (203) 504-2050

4/22/21 April 22, 2021

**VIA ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street New York,
NY 10007

*[Handwritten order]: The clerk is directed to strike from the docket ECF #23. Plaintiff is directed to refile ECF #23 without the social security number. So ordered.*

*Paul A Crotty*
*USDJ*

Re: Schwartz v. Sterling Entertainment Enterprises, LLC et. al., No. 21 Civ. 01084 (PAC)

Dear Judge Crotty:

I represent Plaintiff Jonas Schwartz ("Schwartz") in the above-referenced action against Defendants Sterling Entertainment Enterprises, LLC, and SportsNet New York ("SNY") (jointly "Defendants"). Plaintiff writes to follow up on two calls and messages left for the court's Deputy about the need for exhibit 3 (the 2020 contract) to docket entry #23 to be sealed. The undersigned accidentally filed the exhibit without redacting the social security number. Therefore, I called to ask that exhibit 3 be removed from the docket on an emergency basis so I could refile it redacted or, alternatively, that it be sealed by the Court.

Respectfully,

*Kristan Peters-Hamlin*
Kristan Peters-Hamlin
Peters Hamlin Law LLC

cc: Lawrence Sandak